The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JOHNATHAN MATHIAS BEWLEY, <br><br> Defendant. | NO. 2:25-cr-00007-RAJ <br><br> ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT having considered Defendant's unopposed motion for a continuance of the trial date, and the records and files herein, including the Defendant's waiver of speedy trial rights, hereby makes the following findings:

1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2.    The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3. The Court further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Based on these findings it is ORDERED that Defendant's unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. 19) is GRANTED. The trial date in this matter is continued to July 21, 2025. All pretrial motions, including motions in limine, shall be filed no later than June 4, 2025.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of July 21, 2025, is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act.

DATED this 5th day of March, 2025.

The Honorable Richard A. Jones
United States District Judge