The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHNATHAN MATHIAS BEWLEY,<br><br>Defendant. | NO. 2:25-cr-00007-RAJ<br><br>ORDER CONTINUING TRIAL DATE |

THE COURT having considered the parties' stipulated motion for a continuance of the trial date, and the records and files herein, including the Defendant's waiver of speedy trial rights, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3.       The Court further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Based on these findings it is ORDERED that the parties' Stipulated Motion to Continue Trial Date (Dkt. 25) is GRANTED.  The trial date in this matter is continued to April 20, 2026.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of April 20, 2026, is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act.

DATED this 1st day of October, 2025.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge