The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNATHAN MATHIAS BEWLEY,

    Defendant.

NO. 2:25-cr-00007-RAJ

ORDER GRANTING JOINT MOTION
TO CONTINUE TRIAL DATE

THE COURT having considered the Parties' Joint Stipulated Motion to Continue Trial Date, and the records and files herein, including the Defendant's waiver of speedy trial rights, hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE - 1
*United States v. Bewley,* 2:25-cr-00007-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.    The Court further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Based on these findings it is ORDERED that the parties' Stipulated Motion to Continue Trial Date (Dkt. 29) is GRANTED.

The trial date in this matter is continued to July 27, 2026.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of July 27, 2026 is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act.

DATED this 30th day of March, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE - 2
*United States v. Bewley,* 2:25-cr-00007-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970