The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

              v.

JOHNATHAN MATHIAS BEWLEY,

              Defendant.

NO. 2:25-cr-00007-RAJ

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION  TO CONTINUE
TRIAL DATE

THE COURT having considered Defendant's Unopposed Motion to Continue Trial Date, and the records and files herein, including the Defendant's waiver of speedy trial rights, hereby makes the following findings:

1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2.    The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3.    The Court further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL DATE - 1

Based on these findings it is ORDERED that Defendant's Unopposed Motion to Continue Trial Date (Dkt. 38) is GRANTED.  The trial date in this matter is continued to February 22, 2027.  The Court declines to reinstate the pretrial motions deadline.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of February 22, 2027, is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act.

DATED this 30th day of June, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL DATE - 2