THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:25-cr-00007-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL |
| JOHNATHAN MATHIAS BEWLEY, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion for Timothy Lohraff to withdraw and for appointment of new CJA counsel along with the records in this case.

Finding good cause, IT IS ORDERED that the motion (Dkt. 41) is GRANTED. Timothy Lohraff is permitted to withdraw as defense counsel in this matter and new counsel shall be appointed to represent Johnathan Mathias Bewley from the CJA Panel.

DATED this 13th day of July, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
AND FOR APPOINTMENT OF SUBSTITUTE
COUNSEL
(*United States v. Bewley*, No. 2:25-cr-00007-RAJ) - 1