Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHNATHAN MATHIAS BEWLEY,<br>Defendant. | Case No. 2:25-cr-00007-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

THE COURT having considered Defendant Johnathan Mathias Bewley's Amended Unopposed Motion to Continue Trial Date, and the records and files herein, including the Defendant's waiver of speedy trial rights, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny the defendant continuity of counsel and defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3. The Court further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the period of delay is reasonable.

Based on these findings it is ORDERED that Defendant's Unopposed Motion to Continue Trial Date (Dkt. 47) is GRANTED. The trial date in this matter is continued to April 19, 2027.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of April 19, 2027, is excludable time pursuant to Title 18, United States Code, Section 3161 et seq., for purposes of computation of the time limitations imposed by the Speedy Trial Act.

DATED this 7th day of October, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge